UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANONYMOUS,

              Plaintiff,

-against-

ANONYMOUS,

              Defendant.

**ORDER**

23-CV-02253 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff initiated this action by filing a complaint on March 16, 2023. (Doc. 1). Plaintiff appears to seek to file a sealed case, as the complaint names both plaintiff and defendant as "Anonymous." Pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules"), such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym. Accordingly, this action is dismissed for failure to comply with ECF Rules 6 and 14.

    Plaintiff may, if they be so advised, commence a new action in accordance with ECF Rules 6 and 14. Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

    The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated: White Plains, New York
       March 17, 2023

                                            Philip M. Halpern
                                            United States District Judge